IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTHONY SMITH,

    **Plaintiff,**

v.                                        Case No. 1:23-cv-240-AW-MAF

MAYO CORRECTIONAL
INSTITUTION, et al.,

    **Defendants.**

_____/

## ORDER OF DISMISSAL

Anthony Smith, a pro se inmate, again sues over alleged excessive force. The prisoner civil rights form complaint asked him if he has filed other lawsuits "dealing with the same facts involved in this action." ECF No. 1 at 9. To his credit, Smith answered yes, and disclosed the earlier case (Case No. 1:20-cv-249), which he says involves the same parties and was dismissed. *Id.* Indeed, the court granted summary judgment in that case.

As the magistrate judge concludes in his report and recommendation, the judgment in the other case precludes Smith's claims in this one. The report and recommendation (ECF No. 7) is adopted to the extent it reaches that conclusion. I do not reach the magistrate judge's alternative bases for dismissal.

The clerk will enter judgment that says, "Plaintiff's claim is dismissed based on res judicata."

1

The motion for appointed counsel (ECF No. 9) is DENIED. Smith has no statutory or constitutional right to counsel in this situation, and he has not shown this is the type of case in which the court should exercise its discretion to appoint counsel.

The motion to reopen the case (ECF No. 10) is DENIED. The case was not yet closed. To the extent Smith sought an extension of the deadline to submit objections to the report and recommendation, that request is DENIED because he has not shown good cause.

The clerk will close the file.

SO ORDERED on November 8, 2023.

                                           s/ *Allen Winsor*
                                           United States District Judge